IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 98-31008
_____

In The Matter of: PAUL WILLIAM ORSO

                                             Debtor
------------------------------------------------------------------
VALERIE CANFIELD

                                             Appellant
                              versus

PAUL WILLIAM ORSO; MARTIN A. SCHOTT

                                             Appellees

                           - - - - -
          Appeal from the United States District Court for the
                    Middle District of Louisiana
                           - - - - -

                    ON PETITION FOR REHEARING EN BANC
          (Opinion June 27, 2000, 5 Cir., 2000, _____F.3d____)

                         (February 9, 2001)

Before KING, Chief Judge, JOLLY, HIGGINBOTHAM, DAVIS, JONES,
       SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS,
       BENAVIDES, STEWART, PARKER and DENNIS, Circuit Judges.

BY THE COURT:

        A member of the Court in active service has requested a

poll on the petition for rehearing en banc filed by Paul William

Orso, and a majority of the judges in active service have voted

in favor of granting the rehearing en banc.  Further, a majority

of the judges in active service have determined, on the court's

own motion, to rehear this case en banc as to Martin A. Schott.

        Accordingly, IT IS ORDERED that this cause shall be

reheard by the court en banc with oral argument on a date

hereafter to be fixed.  The Clerk will specify a briefing

schedule for the filing of supplemental briefs.